IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389

| | |
|---|---|
| ASHLEY OWENS and NINA OWENS, ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | MOTION FOR ENTRY OF DEFAULT |
| DIXIE MOTOR COMPANY, JANET ) | AGAINST ANTWAND CHERRY |
| PIERCE, ANTWAND CHERRY, ) | |
| WESTERN SURETY CO., and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
|     Defendants. ) | |
| _____ ) | |

NOW COME the Plaintiffs, ASHLEY OWENS and NINA OWENS, and hereby move the Clerk to enter a default against the defendant, ANTWAND CHERRY, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, as shown in the supporting Affidavit.

THIS the 30th day of July, 2012.

                                                        Respectfully submitted,

                                            By:    /s/ Suzanne Begnoche
                                                         SUZANNE BEGNOCHE
                                                         Suzanne Begnoche, Attorney at Law
                                                         Attorney for Plaintiff
                                                         NCSB # 35158
                                                         312 West Franklin Street
                                                         Chapel Hill, NC 27516
                                                         begnoche@mindspring.com
                                                         Telephone: (919) 960-6108
                                                         Facsimile: (919) 500-5289

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389

ASHLEY OWENS and NINA OWENS, )
                              Plaintiffs, )
                                          )
vs. )
                                          )    **CERTIFICATE OF SERVICE**
DIXIE MOTOR COMPANY, JANET )
PIERCE, ANTWAND CHERRY, )
WESTERN SURETY CO., and EQUIFAX )
INFORMATION SERVICES, LLC, )
                              Defendants. )
_____)

      This is to certify that I have this day electronically filed the **Motion for Entry of Default against Antwand Cherry** with the Clerk of the Court using the CM/ECF system, which will send a copy to Defendants' attorneys:

| | |
|---|---|
| Kevin M. Capalbo | David G. Guidry |
| Attorney for Western Surety Co. | Attorney for Equifax |
| Moore & Van Allen PLLC | King & Spalding LLP |
| P.O. Box 13706 | 100 North Tryon Street, Suite 3900 |
| 430 Davis Drive, Suite 500 | Charlotte, North Carolina 28202 |
| Research Triangle Park, NC 27709 | dguidry@kslaw.com |
| kevincapalbo@mvalaw.com | |
| | |
| Mary M. Webb | Kendall Carter |
| Attorney for Dixie Motor Company and Janet Pierce | Attorney for Equifax |
| Angus Goudelock & Courie, PLLC | King & Spalding LLP |
| 5400 Glenwood, Suite 100 | 1180 Peachtree Street, NE |
| P.O. Box 30516 | Atlanta, GA 30309-3521 |
| Raleigh, NC 27622 | kcarter@kslaw.com |
| Mary.webb@mgclaw.com | |

and by depositing copies thereof in a depository under the exclusive care and custody of the United States Postal Service in postage prepaid envelopes and properly addressed as follows:

      Antwand Cherry
      C/o Nash Correctional Institution
      P.O. Box 600
      Nashville, NC 27856

THIS the 30th day of July, 2012.

                              Respectfully submitted by:    /s/ Suzanne Begnoche
                                                                         Suzanne Begnoche, Attorney at Law
                                                                        Attorney for Plaintiff
                                                                        NCSB # 35158
                                                                        312 West Franklin Street
                                                                        Chapel Hill, NC  27516
                                                                        Telephone: (919) 960-6108
                                                                        Facsimile: (919) 500-5289
                                                                        begnoche@mindspring.com