# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
C.A. No. 5:12-cv-389 -FL

| | | |
|---|---|---|
| ASHLEY OWENS and NINA OWENS, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR ENTRY OF DEFAULT** |
| DIXIE MOTOR COMPANY, JANET | ) | **AGAINST ANTWAND CHERRY** |
| PIERCE, ANTWAND CHERRY, | ) | |
| WESTERN SURETY CO., and EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

It appearing that the complaint was filed in this case on June 28, 2012, that the summons

and complaint were duly served upon the defendant, ANTWAND CHERRY, on July 2, 2012,

and no answer or other pleading has been filed by said defendant as required by law; Therefore,

upon request of the plaintiffs, default is hereby entered against the defendant, ANTWAND

CHERRY, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By: _Julia A. Richard_
United States Clerk of Court        8/28/2012