IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389

| | |
|---|---|
| ASHLEY OWENS and NINA OWENS, ) | |
|                               Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| DIXIE MOTOR COMPANY, JANET ) | **OF DEFENDANT EQUIFAX** |
| PIERCE, ANTWAND CHERRY, ) | **INFORMATION SERVICES, LLC** |
| WESTERN SURETY CO., and EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
|                               Defendants. ) | |
| _____ ) | |

       NOW COME Plaintiff NINA OWENS and Defendant EQUIFAX INFORMATION SERVICES, LLC in the above-referenced action, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing any and all claims against Defendant EQUIFAX INFORMATION SERVICES, LLC with prejudice in the above-referenced action..

       THIS the 12th day of April, 2013.

                                                          Respectfully submitted by:

| | |
|---|---|
| **/s/ Suzanne Begnoche** | **/s/ Kendall Carter** |
| SUZANNE BEGNOCHE | Kendall Carter |
| Suzanne Begnoche, Attorney at Law | (Georgia Bar No. 114556) |
| Attorney for Plaintiffs | King & Spalding LLP |
| NCSB # 35158 | Attorneys for Equifax |
| 312 West Franklin Street |    Information Services, LLC |
| Chapel Hill, NC 27516 | 1180 Peachtree Street, NE |
| begnoche@mindspring.com | Atlanta, GA 30309-3521 |
| Telephone: (919) 960-6108 | Tel: (404) 572-4600 |
| Facsimile: (919) 500-5289 | Fax: (404) 572-5100 |
| begnochelaw@mindspring.com | kcarter@kslaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389

ASHLEY OWENS and NINA OWENS, )
                             Plaintiffs, )
                                       )
vs. )
                                       )    **CERTIFICATE OF SERVICE**
DIXIE MOTOR COMPANY, JANET )
PIERCE, ANTWAND CHERRY, )
WESTERN SURETY CO., and EQUIFAX )
INFORMATION SERVICES, LLC, )
                             Defendants. )
_____ )

     This is to certify that I have this day electronically filed the **Stipulation of Dismissal of Defendant Equifax Information Services, LLC** with the Clerk of the Court using the CM/ECF system, which will send a copy to Defendants' attorneys:

| | |
|---|---|
| Kevin M. Capalbo | David G. Guidry |
| Attorney for Western Surety Co. | Attorney for Equifax |
| Moore & Van Allen PLLC | King & Spalding LLP |
| P.O. Box 13706 | 100 North Tryon Street, Suite 3900 |
| 430 Davis Drive, Suite 500 | Charlotte, North Carolina 28202 |
| Research Triangle Park, NC 27709 | dguidry@kslaw.com |
| kevincapalbo@mvalaw.com | |
| | |
| Mary M. Webb | Kendall Carter |
| Attorney for Dixie Motor Company and Janet Pierce | Attorney for Equifax |
| Angus Goudelock & Courie, PLLC | King & Spalding LLP |
| 5400 Glenwood, Suite 100 | 1180 Peachtree Street, NE |
| P.O. Box 30516 | Atlanta, GA 30309-3521 |
| Raleigh, NC 27622 | kcarter@kslaw.com |
| Mary.webb@mgclaw.com | |

     THIS the 3rd day of April, 2013.

                                   Respectfully submitted by:   /s/ Suzanne Begnoche
                                                                Suzanne Begnoche, Attorney at Law
                                                                Attorney for Plaintiff
                                                                NCSB # 35158
                                                                312 West Franklin Street

Chapel Hill, NC 27516
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
begnoche@mindspring.com