IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12 cv 389

ASHLEY OWENS AND NINA OWENS,

    Plaintiffs,

vs.

DIXIE MOTOR COMPANY, JANET PIERCE, ANTWAND CHERRY, WESTERN SURETY CO., AND EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

**<u>ORDER GRANTING DEFENDANT PIERCE'S MOTION TO FILE UNDER SEAL</u>**

Upon the Motion of Defendant Janet Pierce, by and through undersigned counsel, for entry of an Order authorizing Defendant Pierce to file under seal the deposition transcripts and exhibits for Ashley Owens, Nina Owens, Janet Pierce, and Karen Taintor, and Plaintiff Nina Owens' Response to Defendant Equifax Information Services, LLC's First Request for Admissions, and it appearing that the relief is warranted,

It is hereby ORDERED:

1. The Motion is granted.

2. The deposition transcripts and exhibits for Ashley Owens, Nina Owens, Janet Pierce, and Karen Taintor, and Plaintiff Nina Owens' Response to Defendant Equifax Information Services, LLC's First Request for Admissions shall remain under electronic seal until further order of the Court.

This the 17th day of September, 2013.

_____
U.S. District Court Judge Presiding