IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-389-FL

| | | |
|---|---|---|
| ASHLEY OWENS and NINA OWENS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIXIE MOTOR COMPANY; JANET PIERCE; ANTWAND CHERRY; WESTERN SURETY CO.; and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on the consent motion (D.E. 171) filed by defendants Western Surety Company, Dixie Motor Company, and Janet Pierce ("moving defendants") to excuse representatives of their insurance carriers from in-person attendance at the settlement conference scheduled for 10 February 2015 (*see* D.E. 169). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. Representatives of the moving defendants' insurance carriers need not appear in person at the settlement conference, but shall be available by telephone during the conference.

Counsel for the parties remain subject to the requirement to appear in-person at the settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this the 5 day of February 2015.

James E. Gates
United States Magistrate Judge