IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389-FL

| | |
|---|---|
| ASHLEY OWENS and NINA OWENS, ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> DIXIE MOTOR COMPANY, JANET ) <br> PIERCE, ANTWAND CHERRY, and ) <br> WESTERN SURETY CO., ) <br> Defendants. ) <br> ) | STIPULATION <br> OF DISMISSAL |

NOW COME the Plaintiffs ASHLEY OWENS and NINA OWENS and Defendants DIXIE MOTOR COMPANY, JANET PIERCE, and WESTERN SURETY CO., jointly, by and through the undersigned counsel, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing any and all claims against Defendants DIXIE MOTOR COMPANY, JANET PIERCE, and WESTERN SURETY CO. with prejudice in the above-referenced action. The parties' costs will be addressed per the terms of the Release and Settlement Agreement entered into by the above-referenced parties on or about February 25, 2015.

Stipulated and agreed to this the 10th of March, 2015, by:

| | |
|---|---|
| **/s/ Suzanne Begnoche** <br> SUZANNE BEGNOCHE <br> Suzanne Begnoche, Attorney at Law <br> Attorney for Plaintiffs <br> NCSB # 35158 <br> 312 West Franklin Street <br> Chapel Hill, NC 27516 <br> begnoche@mindspring.com <br> Telephone: (919) 960-6108 <br> Facsimile: (919) 500-5289 | **/s/ William E. Freeman** <br> William E. Freeman <br> Attorney for Western Surety Co. <br> NCSB # 9227 <br> Moore & Van Allen PLLC <br> P.O. Box 13706 <br> 430 Davis Drive, Suite 500 <br> Research Triangle Park, NC 27709 <br> Telephone: (919) 286-8000 <br> Facsimile: (919) 416-8371 <br> freeman@mvalaw.com |

| | |
|---|---|
| **/s/ Camilla F. DeBoard** | **/s/ Jessica C. Tyndall** |
| Camilla F. DeBoard | Jessica C. Tyndall |
| NCSB # 41265 | Attorney for Janet Pierce |
| **/s/ Kenneth B. Rotenstreich** | NCSB # 28475 |
| Kenneth B. Rotenstreich | McAngus Goudelock & Courie, PLLC |
| NCSB # 14293 | 5400 Glenwood, Suite 100 |
| Attorneys for Dixie Motor Company | P.O. Box 30516 |
| Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C. | Raleigh, NC 27622 |
| Post Office Box 1898 | Phone: (919) 719-8200 |
| Greensboro, NC 27402-1898 | Fax: (919) 510-9825 |
| Telephone: (336) 272-4810 | jessica.tyndall@mgclaw.com |
| Facsimile: (336) 272-2448 | |
| cfd@trslaw.com | |
| kbr@trslaw.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389-FL

| | |
|---|---|
| ASHLEY OWENS and NINA OWENS,  )<br>                                  Plaintiffs,  )<br>                                           )<br>vs.  )<br>                                           )<br>DIXIE MOTOR COMPANY, JANET  )<br>PIERCE, ANTWAND CHERRY, and  )<br>WESTERN SURETY CO.,  )<br>                                  Defendants.  )<br>_____ ) | **CERTIFICATE OF SERVICE** |

      This is to certify that I have this day electronically filed the **Stipulation** with the Clerk of the Court using the CM/ECF system, which will send a copy to Defendants' attorneys:

| | |
|---|---|
| William E. Freeman | Jessica C. Tyndall |
| Attorney for Western Surety Co. | Attorney for Janet Pierce |
| Moore & Van Allen PLLC | McAngus Goudelock & Courie, PLLC |
| P.O. Box 13706 | 5400 Glenwood, Suite 100 |
| 430 Davis Drive, Suite 500 | P.O. Box 30516 |
| Research Triangle Park, NC 27709 | Raleigh, NC  27622 |
| freeman@mvalaw.com | jessica.tyndall@mgclaw.com |

Camilla F. DeBoard
Kenneth B. Rotenstreich
Attorneys for Dixie Motor Company
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
cfd@trslaw.com
kbr@trslaw.com

      Respectfully submitted this the 10th of March, 2015, by:

                                      **/s/ Suzanne Begnoche**
                                      Suzanne Begnoche, Attorney at Law
                                      Attorney for Plaintiffs
                                      NCSB # 35158

312 West Franklin Street
Chapel Hill, NC  27516
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
begnoche@mindspring.com