IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:12-cv-389

| | |
|---|---|
| ASHLEY OWENS and NINA OWENS,       )<br>                              Plaintiffs,  )<br>                                           )<br>vs.                                      )<br>                                           )<br>DIXIE MOTOR COMPANY, JANET  )<br>PIERCE, ANTWAND CHERRY,      )<br>WESTERN SURETY CO., and EQUIFAX  )<br>INFORMATION SERVICES, LLC,    )<br>                              Defendants.  )<br>                                           ) | JUDGMENT<br>AGAINST ANTWAND CHERRY |

THIS CAUSE was heard by the undersigned judge on motion of Plaintiffs. It appears to the Court upon affidavits that this is an action in tort for damages caused by Defendant's intrusion into the seclusion of Plaintiffs; that personal service was had on the Defendant; that the Court has jurisdiction over the subject matter of the action; that Defendant is not under disability and has failed to plead or appear in the time allowed by law; that default has been entered, and that Defendant is liable to Plaintiffs for damages as demanded by Plaintiffs.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiffs have and recover of the Defendant Antwand Cherry damages in the amount of $5,000.00 each.

THIS the ___13th___ day of ___April___, 2015.

_____
United States District Court Judge